IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | ) | |
|---|---|---|
| IN RE: MILITARY OFFENSES | ) | MC 4:19-009 |
| | ) | |

## GENERAL ORDER

All judges of the District Court concurring, **IT IS HEREBY ORDERED** that any criminal prosecution over which the Court has jurisdiction against a member of the Armed Forces of the United States may be initiated and prosecuted in this Court. All restrictions previously imposed by the Court are hereby lifted, including those restrictions imposed by Order dated March 30, 1999, Miscellaneous Case Number 199-12, and by letter from then Chief United States District Judge Lisa Godbey Wood dated March 13, 2013.

**SO ORDERED** this ____ day of October, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA